UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:05-CR-297-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>QUAASHON MARQUISE PHILLIPS | ORDER TO SEAL |

On motion of the Defendant, Quaashon Marquise Phillips, and for good cause shown, it is hereby ORDERED that [DE #37] be sealed until further notice by this Court.

SO ORDERED.

This  18th  day of March, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge